CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 21 2010

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LUIS RAFAEL FIGUEROA-HERNANDEZ, | ) ) ) Case No. 7:10CV00027 |
| Petitioner, | ) ) |
| v. | ) **FINAL ORDER** ) ) By: Glen E. Conrad |
| TERRY O'BRIEN, WARDEN, | ) United States District Judge ) |
| Respondent. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

## ORDERED

that the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241, is **DISMISSED**, and this action is stricken from the active docket of the court.

ENTER: This 21st day of January, 2010.

_____
United States District Judge